

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2013

No. 04-13-00192-CV and 04-13-00193-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF S.S.,
A MENTALLY ILL PERSON,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2013-MH-0659 and 2013-MH-0591
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Appellant's brief was originally due on April 24, 2013. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant file appellant's brief <u>no later than May 24, 2013</u>. If appellant fails to file the brief by this date, this appeal will be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court